UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10177-CJC (MLG) | Date | October 10, 2012 |
|---|---|---|---|
| Title | Miguel Sanchez v. L.S. McEwen, Warden | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge |
|---|---|

| Terri Steele | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     In Chambers: Order to Show Cause Why Stay Should Not Be Vacated

    On January 31, 2012, the Court issued a stay of proceedings so that Petitioner could return to state court to exhaust certain claims for relief. On March 1, 2012, the California Court of Appeal denied Petitioner's petition for writ of habeas corpus. Petitioner did not inform the Court of the denial nor does it appear that he pursued remedies in the California Supreme Court within 21 days as required by the Court's January 11, 2012, Order.

    Petitioner shall show cause, on or before October 31, 2012, why the stay of proceedings should not be vacated and the matter proceed on the fully exhausted claims.

                                                                                                                                    :

Initials of Clerk    ts